UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 08-CV-2155

| | |
|---|---|
| Jessica A. Knowles f/k/a Jessica A. Tuttle,<br><br>Plaintiff<br><br>v.<br><br>Valentine & Kebartas, Inc and Scott Doe,<br><br>Defendants | |

**NOTICE OF DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE: COMES NOW, Jessica A. Knowles and files this Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a).

1.   Jessica A. Knowles /k/a Jessica A. Tuttle is the Plaintiff in this proceeding.

2.   Valentine & Kebartas, Inc. and Scott Doe are the Defendants in this proceeding.

3.   Plaintiff Jessica A. Knowles /k/a Jessica A. Tuttle sued Defendants Valentine & Kebartas, Inc. and Scott Doe.

4.   No attorney for the Defendants has entered an appearance on their behalf.

5.   Plaintiff hereby wishes to dismiss the above matter with prejudice.

WHEREFORE, Plaintiff Jessica A. Knowles /k/a Jessica A. Tuttle hereby dismisses her claims against Valentine & Kebartas, Inc. with prejudice.

Dated: June 15, 2009

                            Respectfully submitted,
                            **RAPA LAW OFFICE, P.C.**

                            By: /s/Jason M. Rapa
                            Jason M. Rapa, Esquire
                            Attorney for Plaintiff
                            PA Attorney I.D. No. 89419
                            141 S. 1ST Street
                            Lehighton, PA 18235
                            Telephone (610) 377-7730